# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1480.  JAMES EDWARD BOYD v. THE STATE.**

In 2005, James Edward Boyd was tried by a jury, then convicted of two counts of aggravated assault and one count of false imprisonment.  Thereafter, this Court affirmed his judgment of conviction.[1]  Herein, and for the third time, Boyd appeals the denial of a motion to vacate an allegedly void sentence.[2]  For reasons that follow, this appeal is dismissed.

In the motion underlying this appeal, Boyd alleged that he should have received a lesser sentence because "there was no weapon involved to constitute an aggravated assault."  In essence, Boyd challenged his judgment of conviction.  See *Benjamin v. State*, 269 Ga. App. 232, 233 (3) (603 SE2d 733) (2004); see generally *Rubiani v. State*, 279 Ga. 299, n.1 (612 SE2d 798) (2005) (the substance of a motion, rather than its nomenclature, controls).  But a petition or motion to vacate or modify a conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  An appeal from an order denying or dismissing such a petition or motion must be dismissed.

---

[1] *Boyd v. State*, 289 Ga. App. 342 (656 SE2d 864) (2008).

[2] See *Boyd v. State*, Case No. A16A2029 (decided August 29, 2016) (dismissing Boyd's direct appeal from the trial court's denial of a motion to vacate an allegedly void sentence, where Boyd failed to file an enumeration of errors and brief); *Boyd v. State*, Case No. A16A0207 (decided November 6, 2015) (dismissing Boyd's direct appeal from the trial court's denial of a motion to vacate an allegedly void sentence, where Boyd raised no void-sentence claim).

See *Roberts*, supra; *Harper*, supra at 218 (2).

Accordingly, because Boyd's collateral attack upon his judgment of conviction is not authorized, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*